UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS LELAND TELLES, | Case No. LACV 19-150-FMO (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| C. PFIEFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 28, 2020            _____/s/_____
                                HONORABLE FERNANDO M. OLGUIN
                                UNITED STATES DISTRICT JUDGE